UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JERMAINE BARNES,

                       Petitioner,

    -against-

SUPERINTENDENT, Attica Correctional Facility,

                       Respondent.
----------------------------------------------------------------X

JUDGMENT
06-CV- 3267 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 26 2007 ★
BROOKLYN OFFICE

    An Order of Honorable John Gleeson, United States District Judge, having been filed on January 23, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
         January 25, 2007

                                               s/Robert C. Heinemann

                                               ROBERT C. HEINEMANN
                                               Clerk of Court